UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WARREN PAVING, INC. | CIVIL ACTION |
| VERSUS | NO. 12-478 |
| PRO WAY PAVING SYSTEMS, LLC, ET AL. | SECTION "N" (2) |

**ORDER AND REASONS**

Presently before the Court is Plaintiff's "Motion for Default Judgment" filed against Defendant The Masters Land Maintenance LLC" (Rec. Doc. 10).  Because Plaintiff's motion does not include necessary documentary support, including an affidavit or, pursuant to 28 U.S.C. § 1746, unsworn declaration under penalty of perjury, demonstrating a prima facie showing of its entitlement to the requested judgment,  **IT IS ORDERED** that the motion, on the showing made, is **DENIED**.

New Orleans, Louisiana, this 7th day of January 2013.

　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　**United States District Judge**